UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN MARKHAM,

          Plaintiff,

  v.

LESSEREVIL LLC,

          Defendant.

Case No. 3:23-cv-03412-JSC

**ORDER TO SHOW CAUSE**

    On September 19, 2023, the Court stayed this action at the parties' request pending disposition of a related action in the District Court for the Eastern District of California, *see Cogswell v. LesserEvil LLC*, 1:23-CV-00311-DJC-JDP (E.D. Cal.). (Dkt. No. 18.) On August 16, 2024, the Court ordered the parties to file a joint status update by August 29, 2024 because a review of the court's docket in the *Cogswell* action did not indicate there had been any activity in that action. (Dkt. No. 20.) The parties have not filed a status update or otherwise communicated with the Court.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing by September 19, 2024 as to why the Court should not dismiss this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Failure to respond to this Order may result in the dismissal of this action without further notice.

**IT IS SO ORDERED.**

Dated: September 4, 2024

                                                JACQUELINE SCOTT CORLEY
                                                United States District Judge