**GOOD GUSTAFSON AUMAIS LLP**
J. RYAN GUSTAFSON [SBN 220802]
CHRISTINA KIM [SBN 322093]
2330 Westwood Boulevard, Suite 103
Los Angeles, California 90064
Telephone: 310.274.4663

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MARKHAM, individually, and on behalf of those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LESSEREVIL LLC, <br> Defendant. | CASE NO. 3:23-cv-03412-JSC <br><br> HON. Jacqueline Scott Corley |

## **JOINT STIPULATION OF VOLUNTARY DISMISSAL**

## **WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Karen Markham and Defendant stipulate to voluntarily dismiss this action without prejudice.

This dismissal is sought in good faith.

This dismissal shall not count as a subsequent litigation for purposes of F.R.C.P. 41(d).

Dated: February 11, 2025

                                                        Respectfully submitted,

                                                        */s/ J. Ryan Gustafson*
                                                        J. Ryan Gustafson (Cal. Bar No. 220802)
                                                       2330 Westwood Blvd., No. 103
                                                       Los Angeles, CA 90064
                                                       Telephone: 310-274-4663
                                                      jrg@ggallp.com

                                                       *Counsel for Plaintiff*

1
2                                              */s/ Matthew Borden*
                                               Matthew Borden, Esq. (SBN: 214323)
3                                              borden@braunhagey.com
                                               BRAUNHAGEY & BORDEN LLP
4                                              747 Front Street, 4th Floor
                                               San Francisco, CA 94111
5                                              Telephone: (415) 599-0210
                                               Facsimile: (415) 276-1808
6
                                               *Counsel for Defendant*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28